|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | The Honorable Ronald B. Leighton |
| 3 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERI HOELSCHER,<br>　　　　　　　　Plaintiff,<br>　　　v.<br>LUCAS BRANDON, a Washington State Patrol Trooper, in his individual and official capacity and JANE DOE BRANDON, and the marital coummunity comprised thereof; JEFF KERSHAW, a Washington State Patrol Trooper, in his individual and official capacity and JANE DOE KERSHAW, and the marital coummunity comprised thereof; RYAN SANTHUFF, a Washington State Patrol Trooper, in his individual and official capacity and JANE DOE SANTHUFF, and the marital coummunity comprised thereof; ROBERT HOWSON, a Washington State Patrol Trooper, in his individual and official capacity and JANE DOE HOWSON, and the marital coummunity comprised thereof; THOMAS MARTIN, a Washington State Patrol Trooper, in his individual and official capacity and JANE DOE MARTIN, and the marital coummunity comprised thereof; WASHINGTON STATE PATROL and STATE OF WASHINGTON,<br>　　　　　　　　Defendants. | NO. 13-CV-05344 RBL<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>(Clerk's Action Required)<br><br>NOTED ON MOTION CALENDAR:<br><br>~~December 4, 2013~~<br>December 12, 2013 |

STIPULATION AND ORDER
3:13-cv-05344 RBL - Page 1

Kannin Law Firm P.S.
119 SW 152nd Street
BURIEN, WA 98166
(206) 574-0202
fax (206) 574-0101

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Geri Hoelscher, acting by and through John J. Kannin, Kannin Law Firm P.S., and the Defendants State of Washington, Washington State Patrol, Lucas Brandon, in his individual and official capacity and Jane Doe Brandon, and the marital community comprised thereof, Jeff Kershaw, a Washington State Patrol Trooper, in his individual and official capacity and Jane Doe Kershaw, and the marital community comprised thereof, Ryan Santhuff, a Washington State Patrol Trooper, in his individual and official capacity and Jane Doe Santhuff, and the marital community comprised thereof, Robert Howson, a Washington State Patrol Trooper, in his individual and official capacity and Jane Doe Howson, and the marital community comprised thereof, Thomas Martin, a Washington State Patrol Sergeant, in his individual and official capacity, and Jane Doe Martin, and the marital community comprised thereof acting by and through Robert W. Ferguson, Attorney General, and Steve Puz, Assistant Attorney General, that Plaintiffs claims in her original and amended complaints in the above-entitled action may be dismissed with prejudice and without costs or attorney's fees, this matter having been fully settled and compromised between the Plaintiff and all Defendants. Further, all parties stipulate and agree that Defendant Howson's counterclaim against Plaintiff Hoelscher shall be dismissed with prejudice and without costs or attorney's fees. Further each party shall bear their own costs and fees in conjunction with these claims.

DATED this ~~3rd~~ 12th day of December, 2013.

ROBERT W. FERGUSON
Attorney General

/s/ Steve Puz
_____
STEVE PUZ, WSBA #17407
Assistant Attorney General
Attorneys for Defendant State of Washington

STIPULATION AND ORDER
3:13-cv-05344 RBL - Page 2

Kannin Law Firm P.S.
119 SW 152nd Street
BURIEN, WA 98166
(206) 574-0202
fax (206) 574-0101

KANNIN LAW FIRM P.S.

/s/John Kannin
_____
JOHN KANNIN LAW FIRM, WSBA #27315
Attorney for Plaintiff

## ORDER

THIS MATTER having come before the undersigned judge of the above-entitled Court, based on the foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that Plaintiff's claims in her original and amended complaints in this action against the Defendants State of Washington, Washington State Patrol, Lucas Brandon, in his individual and official capacity and Jane Doe Brandon, and the marital community comprised thereof, Jeff Kershaw, a Washington State Patrol Trooper, in his individual and official capacity and Jane Doe Kershaw, and the marital community comprised thereof, Ryan Santhuff, a Washington State Patrol Trooper, in his individual and official capacity and Jane Doe Santhuff, and the marital community comprised thereof, Robert Howson, a Washington State Patrol Trooper, in his individual and official capacity and Jane Doe Howson, and the marital community comprised thereof, Thomas Martin, a Washington State Patrol Sergeant, in his individual and official capacity, and Jane Doe Martin, and the marital community comprised thereof are hereby dismissed with prejudice and the above entitled action shall be dismissed with prejudice and without an award of costs or attorney fees to any party.

//
//

STIPULATION AND ORDER
3:13-cv-05344 RBL - Page 3

Kannin Law Firm P.S.
119 SW 152nd Street
BURIEN, WA 98166
(206) 574-0202
fax (206) 574-0101

IT IS FURTHER ORDERED that Defendant Howson's counterclaim against Plaintiff Hoelscher is hereby dismissed with prejudice and without an award of costs or attorney's fees to any party.

DONE IN OPEN COURT this ~~11th~~ 12th day of December, 2013.

_____
JUDGE

presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Steve Puz
_____
STEVE PUZ, WSBA 17407
Assistant Attorney General
Attorneys for Defendant

Approved as to Form and
Notice of Presentation Waived:

KANNIN LAW FIRM, P.S.

/s/John Kannin
_____
JOHN J. KANNIN, WSBA #27315
Attorneys for Plaintiff

STIPULATION AND ORDER
3:13-cv-05344 RBL - Page 4

Kannin Law Firm P.S.
119 SW 152nd Street
BURIEN, WA 98166
(206) 574-0202
fax (206) 574-0101